UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TOM RICH and YVETTE RICH,

    Plaintiffs,

vs.                                      CASE NO.: 3:09-cv-454-J-34MCR

CITY OF JACKSONVILLE, a Florida
Municipal Corporation; ROBERT A.
HINSON and STEPHEN W. SIEGEL,

    Defendants.

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on **OCTOBER 19, 2010**, and the results of that conference are indicated below:

**(a)** The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    ✓    All individual parties and their respective trial counsel.

    ___    Designated corporate representatives.

    ✓    Required claims professionals.

**(b)** The following individuals, parties, corporate representatives, and/or claims professional failed to appear and/or participate as ordered:

_____
_____
_____
_____.

(c) The outcome of the mediation conference was:

_✓_ **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify that Court of settlement in accordance with Local Rule 3.08.

_____ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____.

_____ **The conference was continued** with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences.

_____ **The parties have reached an impasse**.

**DONE** this _19_ day of October, 2010, in Jacksonville Beach, Duval County, Florida.

RESPECTFULLY SUBMITTED,

_/s/ Michael I. Coulson_
MICHAEL I. COULSON - **Mediator**
Certification No: 5891 R
320 North First Street, Suite 708
Jacksonville Beach, FL 32250
(904) 296-9919
mcoulson@smithcoulson.com

Certificate of Service

I DO HEREBY that a copy of the foregoing has been furnished to the below-named attorneys by electronic filing and U.S. Mail this __19__ day of __October__, 2010.

**MICHAEL K. ROBERTS, II, ESQUIRE**
Law Offices of J. Scott Nooney & Associates
1680 Emerson Street
Jacksonville, FL 32207
Attorneys for **Plaintiffs**

**HOWARD M. MALTZ, ESQUIRE**
Office of the General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Attorneys for **Defendants Hinson & City of Jacksonville**

**PHILLIP P. QUASCHNICK, ESQUIRE**
Office of the Attorney General
PL-01 - The Capitol
400 South Monroe Street
Tallahassee, FL 32399
Attorneys for **Defendant Siegel**

_____
Attorney